IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOEL AARON SILBERMANN** | : | CIVIL ACTION NO. 1:14-CV-892 |
| | : | |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Mehalchick) |
| v. | : | |
| | : | |
| **MAT CORTRIGHT, TOM CORBIT and JOHN OR JANE DOE** | : | |
| | : | |
| **Defendants** | : | |

## O R D E R

Before the Court in the captioned action is a June 5, 2014 Report and Recommendation of the Magistrate Judge.  No timely objections have been filed.

Accordingly, this 30th day of June, 2014, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Mehalchick.

2) Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **GRANTED.**

3) Plaintiff's complaint is dismissed for failure to state a claim on which relief may be granted pursuant to 28 U.S.C.§ 1915(e)(2)(B)(ii).

4) Plaintiff is granted leave to amend the complaint to specify factual allegations that give rise to the claims against the defendants.  Any amended complaint must be titled as an amended complaint and must contain the docket number of this case.  The amended complaint must be complete in all respects and must be a new pleading which stands by itself as an adequate complaint without reference to the complaint already filed.  *See* Local Rule 15.1.  Said amended complaint shall be filed within 20 days of the

date of this order.

     5) If Plaintiff does not file an amended complaint within 20 days of the date of this order, the Clerk of Court is directed to close the case.

     6) If Plaintiff files an amended complaint within 20 days of the date of this order, all further proceedings in this matter are referred to Magistrate Judge Mehalchick.

s/ Yvette Kane
YVETTE KANE, Judge
United States District Court
Middle District of Pennsylvania
